UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| TIFFANY WILEY, | ) | CASE NO. 3:11-cv-01112 |
| | ) | |
| Plaintiff, | ) | JUDGE HAYNES |
| | ) | |
| vs. | ) | |
| | ) | |
| AS AMERICA, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF SETTLEMENT

Plaintiff Tiffany Wiley and Defendant AS America, Inc. hereby give notice to the Court that the parties have agreed to the material terms of a settlement in this matter. The parties are currently finalizing the settlement agreement. Defendant anticipates that a stipulated dismissal with prejudice will be submitted to the Court within the next 30 days.

1

Respectfully submitted,

/s/ Joel R. Bellis
Joel R. Bellis (BPR# 027750)
Bellis & Associates, PLLC.
22 Public Square, Suite 11
Post Office Box 1212
Columbia, TN
Telephone: (931) 223-8777
E-mail: attyjoelbellis@gmail.com

*Counsel for Plaintiff Tiffany Wiley*

/s/ David A. Campbell  (per authorization)
David A. Campbell (OH S.Ct. # 0066494)
Admitted *pro hac vice*
Vorys, Sater, Seymour and Pease LLP
2100 One Cleveland Center
1375 East Ninth Street
Cleveland, OH 44114
Telephone: (216) 479-6100
Facsimile: (216) 479-6060
Email: dacampbell@vorys.com

and

J. Craig Oliver (TN Bar No. 16838)
John Rodgers (TN Bar No. 30324)
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
Telephone: (615) 252-2582
Facsimile: (615) 252-6380
coliver@babc.com
jrodgers@babc.com

*Counsel for Defendant AS America, Inc.*

# CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the *Notice of Settlement* was served electronically on December 21, 2012 by operation of the Court's electronic filing system to:

| | |
|---|---|
| Joel R. Bellis (BPR# 027750) | David A. Campbell (OH S.Ct. # 0066494) |
| Bellis & Associates, PLLC. | Admitted pro hac vice |
| 22 Public Square, Suite 11 | Vorys, Sater, Seymour and Pease LLP |
| Post Office Box 1212 | 2100 One Cleveland Center |
| Columbia, TN | 1375 East Ninth Street |
| Telephone: (931) 223-8777 | Cleveland, Ohio 44114 |
| E-mail: attyjoelbellis@gmail.com | Telephone: (216) 479-6100 |
| | Facsimile: (216) 479-6060 |
| *Counsel for Plaintiff Tiffany Wiley* | Email: dacampbell@vorys.com |
| | |
| | *Counsel for Defendant AS America, Inc.* |

J. Craig Oliver (TN Bar. No. 16838)
John Rodgers (TN Bar. No. 30324)
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
Telephone: (615) 252-2582
Facsimile: (615) 252-6380
Email: coliver@babc.com
Email: jrodgers@babc.com

*Counsel for Defendant AS America, Inc.*